PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Rivera, Wilson                    Cr.: 10–00844-001
                                                    PACTS #: 60049

Name of Sentencing Judicial Officer: Honorable Susan D. Wigenton

Date of Original Sentence: 6/22/11

Original Offense: Conspiracy to operate an illegal gambling business

Original Sentence: Two years probation, no new debt, drug treatment, $2000 fine and six months location monitoring

Type of Supervision: Probation                      Date Supervision Commenced: 6/22/11

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On June 27, 2011, during a home visit the offender tested positive for cocaine. When confronted he admitted the abuse, stating he used the illegal drug the prior week while having some beers with an associate. |

U.S. Probation Officer Action:
Verbal reprimand and increased drug testing

Respectfully submitted,

By: Stanley K. Whetstone
    Senior U.S. Probation Officer
Date: 6/28/11

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

Date 7/11/2011